UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sol's Jewelry & Loan, Inc., a Nebraska corporation,

        Plaintiff,

vs.

Amber L. Westlake and Gerald N. Holden,

        Defendants.

Civ. No. 17-5490 (SRN/LIB)

ORDER

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED that this matter is REMANDED to the Douglas County District Court, State of Nebraska.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: February 13, 2018
St. Paul, Minnesota

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge